# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13896

_____

PEN AMERICAN CENTER, INC.,

GEORGE M. JOHNSON,

KYLE LUKOFF,

ANN NOVAKOWSKI,

On Behalf of Herself and Her Minor Child,

PENGUIN RANDOM HOUSE, LLC., et al.,

Plaintiffs-Appellees,

SARAH BRANNEN, et al.,

Plaintiffs,

*versus*

ESCAMBIA COUNTY SCHOOL DISTRICT, et al.,

Defendants,

ESCAMBIA COUNTY SCHOOL BOARD,

Defendant-Appellant,

KEVIN ADAMS,
PAUL FETSKO,
PATTY HIGHTOWER,
WILLIAM SLAYTON,
DAVID WILLIAMS,

Interested Parties-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-10385-TKW-ZCB

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 15, 2025

For the Court: DAVID J. SMITH, Clerk of Court